| 1 | SHARON D. MAYO (SBN: 150469) |
|---|---|
| | sharon.mayo@arnoldporter.com |
| 2 | ARNOLD & PORTER KAYE SCHOLER LLP |
| | Three Embarcadero Center, |
| 3 | 10th Floor San Francisco, CA 94111-4024 |
| | Telephone: 415.471.3100 |
| 4 | Facsimile: 415.471.3400 |
| | *Counsel for Defendant Bristol-Myers Squibb Company* |
| 5 | |
| | AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC |
| 6 | Sin-Ting Mary Liu (CA SBN: 282884) |
| | mliu@awkolaw.com |
| 7 | 875-A Island Drive, #144 |
| | Alameda, CA 94502 |
| 8 | Telephone: 510.698.9566 |
| | Facsimile: 850.916.7449 |
| 9 | *Counsel for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNA ORTEGA, DONALD BULLOCK, BRYAN WILLIS, JOSH CHAPA, BONNIE RAYNOR, SCOTT WHEELUS, SUSAN MORRIS, PETROS F. HAGOS, NORMAN MOSS, DONALD GILLIAM, DONALD O. WASHINGTON, JIMMIE MOORE, LORENA M. NEVAREZ, JESSICA DAVIS, MANDY FARCHIK, AMY POTTS, YVETTE CARSTEN, INGRID LEPHARDT, SARITA E. SANDOVAL, ROSE HALL, BRYAN M. HUNTER, JOSEPH L. MACIEL, MARC MCCAIN, CURTIS MODLIN, TARA SMITH, PATRICE HILL, MICHAEL JOE FLORES, RONALD EVERETT KING, FRANK S. LICATA, MARYALICE ASHBROOK, DONITA BERRY, STEVEN BRACEY, AIMEE FRANCIA, CALYNTHIA JACKSON, QUANTRELL JOHNSON, BILL HARLEN LANEY, JR., MARGARITA M. CAPITAINE, STEWART MCINTOSH, ANAH LACHELLE NORMAN, GARY OSTENDORF, PAWEL J. SLIWA, ELIZABETH MARIA THOMAS, MISHA WAYNE, and GERALDINE T. YORK, <br><br> Plaintiffs, | **Case No. 3:18-cv-04968-JST** <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO OPPOSE PLAINTIFFS' MOTION TO REMAND; [~~PROPOSED~~] ORDER** <br><br> Hon. Jon S. Tigar <br><br> Date: Not Set For Hearing* <br> Time: <br> Courtroom: <br><br> *Original hearing on October 11, 2018 vacated following Order Reassigning Case to Judge Tigar (ECF No. 11) |

| | |
|---|---|
| v. | |
| BRISTOL-MYERS SQUIBB COMPANY, MCKESSON CORPORATION, OTSUKA AMERICA PHARMACEUTICAL, INC., OTSUKA PHARMACEUTICAL CO., LTD., and DOES 1 TO 100, | |
| Defendants. | |

All above-captioned Plaintiffs and Defendant Bristol-Myers Squibb Company ("BMS") (collectively, the "Parties") hereby stipulate that Defendants' time to oppose or otherwise respond to Plaintiffs' Motion to Remand (ECF No. 4) in the above-captioned action is hereby extended by fourteen days, to and including September 14, 2018.

WHEREAS, Rule 6-1(b) of the Civil Local Rules of the United States District Court for the Northern District of California provides that parties may stipulate to extend the time within which to oppose or otherwise to respond to a motion, with this Court's approval;

WHEREAS, Plaintiffs filed a Motion to Remand (ECF No. 4) in the Northern District of California on August 17, 2018;

WHEREAS, the Judicial Panel on Multidistrict Litigation issued a conditional transfer order (CTO-23) on August 21, 2018, ordering that this case be conditionally transferred from this Court to the MDL No. 2734, *In re Abilify (Aripiprazole) Products Liability Litigation*, in the Northern District of Florida;

WHEREAS, on August 27, 2018, Plaintiffs filed a Notice of Opposition to CTO-23;

WHEREAS, the current deadline for Defendants to oppose or otherwise respond to Plaintiffs' Motion to Remand is August 31, 2018 (*see* ECF No. 4);

WHEREAS, the original hearing date calendared for Plaintiffs' Motion to Remand has been vacated by Order of the Court on August 22, 2018 (ECF No. 11), and no hearing is currently on calendar for Plaintiffs' Motion;

WHEREAS, Defendants require additional time to oppose or otherwise respond to the Motion to Remand;

WHEREAS, the Parties are continuing to meet and confer regarding a possible stipulation to stay these proceedings pending transfer to the *Abilify* MDL;

WHEREAS, the Parties have agreed to a fourteen-day extension for Defendants' time to oppose or otherwise respond to Plaintiffs' Motion to Remand;

WHEREAS, the Parties have not previously requested or received time modifications in this case, whether by stipulation or by Court order;

WHEREAS, the requested fourteen-day extension will have no effect on the schedule for this case;

IT IS HEREBY STIPULATED that the time for Defendants to oppose or otherwise respond to Plaintiffs' Motion to Remand is extended to and including September 14, 2018.

**IT IS SO STIPULATED AND AGREED**.

ARNOLD & PORTER KAYE SCHOLER LLP

Dated: August 30, 2018   By: */s/ Sharon D. Mayo*
Sharon D. Mayo (CA SBN: 150469)
sharon.mayo@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

*Counsel for Defendant*
*Bristol-Myers Squibb Company*

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

By: */s/ Sin-Ting Mary Liu*
Sin-Ting Mary Liu (CA SBN: 282884)
mliu@awkolaw.com
875-A Island Drive, #144
Alameda, CA 94502
Telephone: 510.698.9566
Facsimile: 850.916.7449

*Counsel for Plaintiffs*

I, Sharon D. Mayo, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Sharon D. Mayo*

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 31, 2018          By: _____
                                Jon S. Tigar
                                United States District Judge