SHARON D. MAYO (SBN: 150469)
sharon.mayo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center,
10th Floor San Francisco, CA 94111-4024
Tel.: 415.471.3100
Fax: 415.471.3400
*Counsel for Defendant* BRISTOL-MYERS SQUIBB COMPANY

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
Sin-Ting Mary Liu (CA SBN: 282884)
mliu@awkolaw.com
875-A Island Drive, #144
Alameda, CA 94502
Telephone: 510.698.9566
Facsimile: 850.916.7449
*Counsel for Plaintiffs*

[Additional counsel listed on signature pages]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNA ORTEGA, DONALD BULLOCK, BRYAN WILLIS, JOSH CHAPA, BONNIE RAYNOR, SCOTT WHEELUS, SUSAN MORRIS, PETROS F. HAGOS, NORMAN MOSS, DONALD GILLIAM, DONALD O. WASHINGTON, JIMMIE MOORE, LORENA M. NEVAREZ, JESSICA DAVIS, MANDY FARCHIK, AMY POTTS, YVETTE CARSTEN, INGRID LEPHARDT, SARITA E. SANDOVAL, ROSE HALL, BRYAN M. HUNTER, JOSEPH L. MACIEL, MARC MCCAIN, CURTIS MODLIN, TARA SMITH, PATRICE HILL, MICHAEL JOE FLORES, RONALD EVERETT KING, FRANK S. LICATA, MARYALICE ASHBROOK, DONITA BERRY, STEVEN BRACEY, AIMEE FRANCIA, CALYNTHIA JACKSON, QUANTRELL JOHNSON, BILL HARLEN LANEY, JR., MARGARITA M. CAPITAINE, STEWART MCINTOSH, ANAH LACHELLE NORMAN, GARY OSTENDORF, PAWEL J. SLIWA, ELIZABETH MARIA THOMAS, MISHA WAYNE, and GERALDINE T. YORK, | **Case No. 3:18-cv-04968-JST**<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING TRANSFER TO THE ABILIFY® MDL; [~~PROPOSED~~] ORDER** |

| | |
|---|---|
| Plaintiffs, | |
| v. | |
| BRISTOL-MYERS SQUIBB COMPANY, MCKESSON CORPORATION, OTSUKA AMERICA PHARMACEUTICAL, INC., OTSUKA PHARMACEUTICAL CO., LTD., and DOES 1 TO 100, | |
| Defendants. | |

Defendants Bristol-Myers Squibb Company ("BMS"), Otsuka America Pharmaceutical, Inc. ("OAPI"), and McKesson Corporation ("McKesson") (collectively, "Defendants"), and the above-captioned Plaintiffs ("Plaintiffs") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to, and respectfully request that the Court enter an order establishing the following:

WHEREAS, on August 10, 2018, Plaintiffs filed their Complaint in the Superior Court of California in and for San Francisco County,

WHEREAS, on August 15, 2018, BMS removed this case from the Superior Court of the State of California in and for San Francisco County to the U.S. District Court for the Northern District of California,

WHEREAS, no Defendant has filed an Answer or other responsive pleading,

WHEREAS, on August 17, 2018, Plaintiffs filed a motion to remand (ECF No. 4),

WHEREAS, on August 21, 2018, the Judicial Panel on Multidistrict Litigation (the "JPML") entered Conditional Transfer Order ("CTO")-23, conditionally transferring this case to MDL-2734, *In re Abilify (Aripiprazole) Products Liability Litigation*, No. 3:16-md-2734-MCR-GRJ (N.D. Fla.) (the "Abilify MDL"),

WHEREAS, Plaintiffs agree to not oppose transfer of this case to the Abilify MDL and to withdraw any pending oppositions thereto,

WHEREAS, the Parties agree to defer all briefing and argument on Plaintiffs' motion to remand pending transfer to the Abilify MDL,

WHEREAS, Plaintiffs agree to withdraw, without prejudice, their pending motion to remand (ECF No. 4),

WHEREAS, the Parties agree to stay all proceedings in this Court pending transfer to the Abilify MDL,

WHEREAS, the Court has the inherent power to stay its proceedings,

WHEREAS, Defendants contend that courts in the Northern District of California and elsewhere have determined that a stay pending transfer to the Abilify MDL is of limited duration causing little or no prejudice, uses party and judicial resources efficiently, and promotes uniformity,

consistency, and predictability in litigation (*see* Order ECF No. 16, *Rollo v. Bristol-Myers Squibb, Co.*, No. 4:18-cv-2577-HSG (N.D. Cal. May 15, 2018); *Pamintuan v. Bristol-Myers Squibb Co.*, No. 16-cv-00254-HSG, 2016 WL 4319844 (N.D. Cal. July 14, 2016) (Gilliam, J.); Order, ECF No. 60, *Ginsberg v. Bristol Myers Squibb Co.*, No. 1:17-cv-11606-WGY (D. Mass. Sept. 26, 2017); Order, ECF No. 13, *Stiggle v. Bristol-Myers Squibb Co.*, No. 3:17-cv-01387-JAM (D. Conn. Sept. 5, 2017)),

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**

1. The proceedings in this action will be stayed pending the JPML's transfer order;
2. Plaintiffs' motion to remand (ECF No. 4) is withdrawn without prejudice;
3. Plaintiffs will withdraw their opposition to CTO-23;
4. In opposing any motion to remand filed in this case, Defendants will not raise procedural or substantive arguments regarding Plaintiffs' non-opposition to the transfer of this case to the Abilify MDL;
5. In opposing any motion to remand filed in this case, Defendants will not raise procedural or substantive arguments regarding Plaintiffs' agreement to stay these proceedings pending transfer to the Abilify MDL; and
6. Defendants' Answers or other responsive pleadings will not be due until 30 days after the JPML enters its transfer order.

**IT IS SO STIPULATED AND AGREED**.

ARNOLD & PORTER KAYE SCHOLER LLP

Dated: August 31, 2018       By: */s/ Sharon D. Mayo*
                                             Sharon D. Mayo (SBN: 150469)
                                             sharon.mayo@arnoldporter.com
                                             Three Embarcadero Center, 10th Floor
                                             San Francisco, California 94111-4024
                                             Telephone: 415.471.3100
                                             Facsimile: 415.471.3400

                                             *Counsel for Defendant*
                                             *Bristol-Myers Squibb Company*

WINSTON & STRAWN LLP

By: */s/ Krista M. Enns*
    Krista M. Enns (SBN: 206430)
    kenns@winston.com
    101 California Street, 34th Floor
    San Francisco, CA 94111-5840
    Telephone: 415.591.1000
    Facsimile: 415.591.1400

*Counsel for Defendant*
*Otsuka America Pharmaceutical, Inc.*

JOSEPH & COHEN

By: */s/ Jonathan M. Cohen*
    Jonathan M. Cohen (SBN: 168207)
    jcohen@josephandcohen.com
    1855 Market Street
    San Francisco, CA 94103
    Telephone: 415.817.9200
    Facsimile: 415.223.3468

*Counsel for Defendant*
*McKesson Corporation*

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

By: */s/ Sin-Ting Mary Liu*
    Sin-Ting Mary Liu (CA SBN: 282884)
    mliu@awkolaw.com
    875-A Island Drive, #144
    Alameda, CA 94502
    Telephone: 510.698.9566
    Facsimile: 850.916.7449

*Counsel for Plaintiffs*

I, Sharon D. Mayo, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

    */s/ Sharon D. Mayo*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 5, 2018           By: _____
                                   Jon S. Tigar
                                   United States District Judge